MARIE A. K. WARD, Respondent, v. F. R. A. OPERATING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Young, Hagarty and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote to reverse and for a new trial upon the ground that there was no evidence that the act of the man who is alleged to have injured the plaintiff was committed after the lapse of such an appreciable period of time following the throwing of the bomb as to charge the defendant with negligence in not relighting the theatre earlier than it did. In the circumstances, it was at most a mere error of judgment in continuing the performance for a brief time rather than sooner relighting the theatre.

ADOLF WEXLER, Respondent, v. ISAAC LEVY and Another, Appellants; JOSEPH P. MARCELLE, Receiver in Person and Others, Defendants. (Appeal No. 1.) — Order resettling order denying motion to vacate the appointment of a receiver affirmed, with ten dollars costs and disbursements. It was a proper exercise of discretion of the court at Special Term to refuse to vacate the receivership in view of the fact that, admittedly, the plaintiff, the owner of the second mortgage foreclosed, had been required to pay approximately $5,000 arrearages in taxes, water charges and interest on the first mortgage for the years 1932 and 1933, which the defendants, mortgagors, had failed and neglected to pay. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.